# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CALVIN JONES,**  CASE NO.   3:13-cv-201

    Plaintiff,  Judge Timothy S. Black

**-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.


Date: February 21, 2014  **JOHN P. HEHMAN, CLERK**

    By: _s/ M. Rogers_
    Deputy Clerk